NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RADWARE, LTD., RADWARE, INC.,**
*Plaintiffs-Appellants*

**v.**

**F5 NETWORKS, INC.,**
*Defendant-Cross-Appellant*

---

2017-1212, 2017-1248

---

Appeals from the United States District Court for the Northern District of California in No. 5:13-cv-02024-RMW, Senior Judge Ronald M. Whyte.

---

## JUDGMENT

---

FABIO E. MARINO, McDermott, Will & Emery LLP, Menlo Park, CA, argued for plaintiffs-appellants. Also represented by NITIN GAMBHIR; JOSHUA DAVID ROGACZEWSKI, Washington, DC.

RAMSEY M. AL-SALAM, Perkins Coie, LLP, Seattle, WA, argued for defendant-cross-appellant. Also represented by CHRISTINA JORDAN MCCULLOUGH, STEVAN R. STARK, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 18, 2017                 /s/ Peter R. Marksteiner
Date                               Peter R. Marksteiner
                                   Clerk of Court